DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SARAH CHRISTINE THIELE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1292

_____

May 24, 2024

Appeal from the Circuit Court for Sarasota County; Rochelle T. Curley, Judge.

Andrea Flynn Mogensen of Law Office of Andrea Flynn Mogensen, PA, Sarasota, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonahan P. Hurley, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior publication.